IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No.: 18-cv-740-jdp

$18,627.00 U.S. CURRENCY,

$10,231.00 U.S. CURRENCY, and

DIAMOND FLAG PENDANT WITH
CHAIN

    Defendants.

ORDER OF FORFEITURE AND APPROVAL OF STIPULATION
FOR COMPROMISE AND SETTLEMENT

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1. The stipulated settlement agreement is incorporated herein by reference and attached to this Order of Forfeiture.

2. The United States shall release to the Ian S. Ortega and Catrina A. Ortega the sum of $5,000.00 from defendant $18,627.00 in United States currency (Asset ID: 18-DEA-641185) and the diamond flag pendant with chain less any debt owed to the United States or debt owed to the States.

3. The $10,231.00 in United States currency and the remaining $13,627.00 from Asset ID: 18-DEA-641185 is condemned and forfeited to the United States of

America pursuant to 21 U.S.C. §881(a)(6) as property used in violation of 21 U.S.C. §841(a)(1).

4. The government is directed to dispose of the $10,231.00 in United States currency and the $13,627.00 in United States currency from Asset ID: 18-DEA-641185 in accordance with federal law.

ORDERED this 20TH day of December 2018.

JAMES D. PETERSON
United States District Judge